

ask LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

60 East 42nd Street, 46th Floor
New York, NY 10165
212-267-7342

| | |
|---|---|
| Defendant: | **Georgia-Pacific Corrugated LLC** |
| Bankruptcy Case: | **Southern Foods Group, LLC d/b/a Dean Foods** |
| Preference Period: | **Aug 14, 2019 - Nov 12, 2019** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Dean Foods Company | Dean Foods Company and Friendly's Manufacturing and Retail, LLC | 1531398 | $25,908.20 | 11/7/2019 | 35608244460 | 9/4/2019 | $25,908.20 |
| Dean Foods Company | Dean Foods Company and Friendly's Manufacturing and Retail, LLC | 1529133 | $26,786.99 | 10/24/2019 | 35608232808 | 8/23/2019 | $26,786.99 |
| Dean Foods Company | Dean Foods Company and Friendly's Manufacturing and Retail, LLC | 1527761 | $21,134.28 | 10/17/2019 | 35608221476 | 8/16/2019 | $21,134.28 |
| Dean Foods Company | Dean Foods Company and Friendly's Manufacturing and Retail, LLC | 1525040 | $18,469.09 | 10/10/2019 | 35608210369 | 8/9/2019 | $18,469.09 |
| Dean Foods Company | Dean Foods Company and Friendly's Manufacturing and Retail, LLC | 1523967 | $30,112.61 | 10/8/2019 | 35608203840 | 8/6/2019 | $30,112.61 |
| Dean Foods Company | Dean Foods Company and Friendly's Manufacturing and Retail, LLC | 1520139 | $27,380.72 | 9/26/2019 | 35608187157 | 7/26/2019 | $27,380.72 |
| Dean Foods Company | Dean Foods Company and Friendly's Manufacturing and Retail, LLC | 1516976 | $32,650.46 | 9/18/2019 | 35608174015 | 7/18/2019 | $32,650.46 |
| Dean Foods Company | Dean Foods Company and Friendly's Manufacturing and Retail, LLC | 1514046 | $21,793.48 | 9/12/2019 | 35608164580 | 7/12/2019 | $21,793.48 |
| Dean Foods Company | Dean Foods Company and Friendly's Manufacturing and Retail, LLC | 1511713 | $22,971.32 | 9/5/2019 | 35608153138 | 7/5/2019 | $22,971.32 |
| Dean Foods Company | Dean Foods Company and Friendly's Manufacturing and Retail, LLC | 1509525 | $35,295.82 | 8/29/2019 | 35608145157 | 6/28/2019 | $35,295.82 |

Georgia-Pacific Corrugated LLC (2243597)
Bankruptcy Case: Southern Foods Group, LLC d/b/a Dean Foods

Apr 27, 2021                                    Exhibit A                                    P. 1

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Dean Foods Company | Dean Foods Company and Friendly's Manufacturing and Retail, LLC | 1506829 | $28,044.81 | 8/22/2019 | 35608133900 | 6/21/2019 | $28,044.81 |
| **Totals:** | | **11 transfer(s),** | **$290,547.78** | | | | |